FRANK M. McCURDY Co., INC., Plaintiff, v. WALTER R. BLINN, Appellant; BERNARD GERLA and JOSEPH GERLA, Respondents.— Order and order as amended denying motion of defendant Blinn to substitute respondents in his place and to discharge him from liability upon payment into court of the amount claimed in the complaint affirmed, in so far as appealed from, with ten dollars costs and disbursements, with leave to defendant Blinn to answer within ten days from service

of a copy of the order herein. No opinion. Lazansky, P. J., Young and Scudder, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to reverse.